# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE,<br><br>                Plaintiff,<br><br>    v.<br><br>AIRBNB, INC., ALBERTO GIUSEPPE COPPOLA HERNANDEZ AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>                Defendants. | Case No. 25-cv-1699-RSH-BLM<br><br>**PARTIAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**<br><br>Courtroom: 3D<br>Judge: Hon. Robert S. Huie |

# ORDER

Before the Court is Airbnb, Inc. ("Airbnb") and Plaintiff John Roe's Joint Motion for Entry of Partial Judgment Pursuant to Federal Rule of Civil Procedure 54(b). After considering all the papers and evidence filed in support of the Joint Motion, and any papers and evidence filed in opposition, and all papers and records on file in this action, the Court rules as follows:

The Joint Motion is **GRANTED**. Finding no just reason for delay of the entry of judgment as to Airbnb, the Court hereby enters judgment in favor of Airbnb and against Plaintiff consistent with the Court's November 25, 2025 Order Granting Motion to Dismiss. Consistent with Airbnb and Plaintiff's stipulation:

- Airbnb shall not seek costs or attorney's fees under Federal Rule of Civil Procedure 54(d), CivLR 54.1, or any other applicable authority.
- Plaintiff shall not file a motion for reconsideration of the Court's November 25, 2025 order or appeal the judgment as to Airbnb.

**IT IS SO ORDERED.**

Dated: December 9, 2025

By: /s/ Robert S. Huie
Robert S. Huie
United States District Judge