UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE,<br><br>         Plaintiff,<br><br>v.<br><br>ALBERTO GUISEPPE COPPOLA HERNANDEZ, and DOES 1 through 50,<br><br>         Defendants. | Case No.:  25-cv-1699-RSH-JAC<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 29] |

On July 10, 2026, the Parties filed a Joint Motion to Dismiss. ECF No. 29. The Motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). All claims by Plaintiff against defendant Alberto Guiseppe Coppola Hernandez are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees and costs. The Clerk of Court is directed to close the case.

  **IT IS SO ORDERED**.

Dated: July 14, 2026

                _____

                Hon. Robert S. Huie
                United States District Judge

25-cv-1699-RSH-JAC